168 A.3d 1176

RSI BANK, A NEW JERSEY BANKING CORPORATION, PLAIN-
TIFF, v. THE PROVIDENCE MUTUAL FIRE INSURANCE
COMPANY, DEFENDANT/THIRD–PARTY, PLAINTIFF–RE-
SPONDENT, v. DR. GEORGE LIKAKIS, THIRD–PARTY, DE-
FENDANT–PETITIONER.

May 19, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002109–15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is granted.